# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00183-REB-11

UNITED STATES OF AMERICA,
    Plaintiff,

v.

11.    SKYLA LITTLEJOHN,

    Defendant.

## MINUTE ORDER[1]

    The matter before the court is the **Unopposed Motion to Allow Substitute Counsel at the August 17th 2007 Status Conference** [#213], filed July 26, 2007. The motion is **GRANTED**. Attorney Frank Moya, counsel for co-defendant Baylin Kyle, is permitted to be substitute counsel for attorney Richard Banta, counsel for defendant Skyla Littlejohn, at the August 17, 2007 Status Conference.

    Dated: July 26, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.