**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 07-cr-00183-REB-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11. SKYLA LITTLEJOHN,

    Defendant.

**MINUTE ORDER**[1]

    At the oral request of the parties, the supervised release revocation hearing previously set for October 22, 2010, is **VACATED** and is **CONTINUED** to **October 29, 2010**, at 9:30 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: October 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.